UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FARMERS INSURANCE EXCHANGE,

    Plaintiff,

    v.

THE COCA-COLA COMPANY, et al.,

    Defendants.
_____/

No. C 11-02424 PJH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Maxine M. Chesney for consideration of whether the case is related to <u>Farmers Insurance Exchange v. The Coca-Cola Company, et al.</u>, C11-2042 MMC.

    **IT IS SO ORDERED.**

Dated: June 14, 2011

                                                              PHYLLIS J. HAMILTON
                                                              United States District Judge