# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## (San Francisco Division)

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE COCA-COLA COMPANY and<br>DOES 1-50,<br><br>　　　　Defendants. | CASE NO. C11-02042 MMC<br><br>**ORDER APPROVING**<br><br>**STIPULATION THAT BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND CONSOLIDATED PURSUANT TO FRCP RULE 42(a) AND LOCAL RULE 3-12 SHOULD BE GRANTED** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record herein, that Defendant BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES' administrative motion to consider whether cases should be related and consolidated pursuant to Federal Rule of Civil Procedure Rule 42(a) and Local Rule 3-12 should be granted. The parties hereby stipulate that the following cases should be deemed related and reassigned to the Honorable Maxine M. Chesney:

| | |
|---|---|
| Earliest Filed Case/<br>Highest case number: | **Farmers Ins. Exchange v. Coca-Cola Co.**<br>**Case number: CV 11-02424 PJH** |
| First Related Case/<br>Lowest case number: | **Farmers Ins. Exchange v. Coca-Cola Co.**<br>**Case number: CV 11-02042 MMC** |
| Second Related Case: | **CNA Ins. Co. v. Coca-Cola Co.**<br>**Case Number: CV 11-02075 SBA** |
| Third Related Case: | **Abai Alemu v. Coca-Cola Co.**<br>**Case Number: CV 11-02323 WHA** |

**FARMERS v. COCA-COLA, ET AL.**　　　　　　　　　　　　　　　　　　**CASE NO.: C11-02042 MMC**

1 | **SO STIPULATED.**

2 | **ALPER & McCULLOCH**

3 |
4 | DATED: June 23, 2011     By:     /s/ **DEAN ALPER**
        DEAN ALPER
        Attorneys for Plaintiff
5 |     FARMERS INSURANCE EXCHANGE

6 |

7 | **RIMAC MARTIN, P.C.**

8 |
9 | DATED: June 23, 2011     By:     /s/ **ANNA M. MARTIN**
        ANNA M. MARTIN
        Attorney for Defendants
10 |    BCI COCA-COLA BOTTLING COMPANY OF
        LOS ANGELES (improperly sued herein as THE
11 |    COCA-COLA COMPANY)

12 |
        **COZEN O'CONNOR**
13 |

14 | DATED: June 23, 2011     By:     /s/ **DAVID BRISCO**
        DAVID BRISCO
15 |    Attorneys for Plaintiff
        CNA INSURANCE COMPANY

16 |

17 | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER**

18 |

19 |
20 | DATED: June 23, 2011     By:     /s/ **ERIC S. WONG**
        ERIC S. WONG
        Attorneys for Defendant
21 |    TRUE MANUFACTURING

22 |
        **LIBERSON & WOLFORD LLP**
23 |

24 |
25 | DATED: June 23, 2011     By:     /s/ **JASON N. LIBERSON**
        JASON LIBERSON
        Attorneys for Plaintiffs
26 |    ABAI ALEMU and ZAFU BELETE

27 |

28 |
2

**FARMERS v. COCA-COLA, ET AL.**                                                **CASE NO.: C11-02042 MMC**

**IT IS SO ORDERED**: Specifically, the above-referenced four cases are related and consolidated. In connection with the Initial Case Management Conference, the parties shall include in their Joint Case Management Statement a proposal for the filing of documents in said cases.

DATED: June 23, 2011

_____
The Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

**FARMERS v. COCA-COLA, ET AL.**                    **CASE NO.: C11-02042 MMC**