**ALPER & McCULLOCH**
DEAN A. ALPER, ESQ. - State Bar No. 117305
100 Drakes Landing Road, Suite 160
Greenbrae, CA 94904-3120
Telephone (415) 785-8814
Facsimile (415) 785-8831
daa@alpermcculloch.com

Attorney for Plaintiff
FARMERS INSURANCE EXCHANGE

**RIMAC MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
WILLIAM REILLY - State Bar No. 177550
MATTHEW HICKEY - State Bar No. 239364
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430
amartin@rimacmartin.com

Attorneys for Defendants
THE COCA-COLA COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, | CASE NO. C11-02042 MMC |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| THE COCA-COLA COMPANY and DOES 1-50, | AND ORDER THEREON |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, that the Case Management Conference in this matter, currently scheduled for August 5, 2010 at 10:30 a.m., before the Honorable Maxine M. Chesney,

-1-

FARMERS v. COCA-COLA, ET AL.                                     CASE NO.: C11-02042 MMC

1  be continued for approximately 30 days.

2  Good cause exists for this continuance as counsel for BCI Coca-Cola Bottling Company
3  of Los Angeles will be out of the country during the time period originally scheduled for the Case
4  Management Conference. Further, the parties involved in all consolidated matters have
5  stipulated to the continuance of the Case Management Conference in those matters.

6  Pursuant to local rules, this document is being electronically filed through the Court's
7  ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this
8  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
9  signed this document; and (3) the signed document is available for inspection upon request.

10                                       **ALPER & McCULLOCH**

12
13  DATED: July 12, 2011        By:    /s/ Dean Alper
                                       DEAN ALPER
                                       Attorneys for Plaintiff
14                                     FARMERS INSURANCE EXCHANGE

17                                       **RIMAC MARTIN, P.C.**

19
20  DATED: July 12, 2011        By:    /s/ Anna M. Martin
                                       ANNA M. MARTIN
21                                     THE COCA-COLA COMPANY

23  **IT IS SO ORDERED**: Specifically, the Case Management Conference is continued from
24  August 5, 2011 to September 9, 2011. A Joint Case Management Statement shall be filed
    no later than September 2, 2011.

25
26  DATED: ~~June 12, 2011~~    By:    [signature]
           July 15, 2011               The Honorable Maxine M. Chesney
                                       UNITED STATES DISTRICT JUDGE