| | |
|---|---|
| 1 | **COZEN O'CONNOR** |
| 2 | David D. Brisco – State Bar No. 117305 |
|   | 501 West Broadway, Suite 1610 |
| 3 | San Diego, CA 92101 |
|   | Telephone: (619) 234.1700 |
| 4 | Facsimile: (619) 234.7831 |

1  **COZEN O'CONNOR**
   David D. Brisco – State Bar No. 117305
2  501 West Broadway, Suite 1610
3  San Diego, CA 92101
   Telephone: (619) 234.1700
4  Facsimile: (619) 234.7831

5  Attorneys for Plaintiff,
   CNA INSURANCE COMPANY
6

7  **ALPER & McCULLOCH**
   DEAN A. ALPER, ESQ. - State Bar No. 117305
8  100 Drakes Landing Road, Suite 160
   Greenbrae, CA 94904-3120
9  Telephone (415) 785-8814
   Facsimile (415) 785-8831
10

11  Attorney for Plaintiff
    FARMERS INSURANCE EXCHANGE
12

13  **LIBERSON & WOLFORD LLP**
    JASON N. WOLFORD, ESQ. - State Bar No. 194177
14  1010 B Street, Suite 300
15  San Rafael, CA 94901
    Telephone (415) 729-5529
16  Facsimile (415) 578-2413

17  Attorney for Plaintiffs
    ABAI ALEMU and ZAFU BELETE
18

19  **WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP**
20  MICHAEL W. BOLECHOWSKI, ESQ. - State Bar No. 118725
21  ERIC S. WONG, ESQ. - State Bar No. 197310
    525 Market Street, 17th Floor
22  San Francisco, CA 94105-2725
23  Telephone: (415) 433-0990
    Facsimile: (415) 434-1370
24

25  Attorney for Defendant
    TRUE MANUFACTURING COMPANY
26  / / /
27
    / / /
28

CNA v. COCA-COLA, ET AL.                                    CASE NO.: C11-02075 MMC

1 | RIMAC MARTIN, P.C.
2 | ANNA M. MARTIN - State Bar No. 154279
    WILLIAM REILLY - State Bar No. 177550
3 | MATTHEW HICKEY - State Bar No. 239364
    1051 Divisadero Street
4 | San Francisco, California 94115
    Telephone (415) 561-8440
5 | Facsimile (415) 561-8430

6 | Attorneys for Defendants
7 | BCI COCA-COLA BOTTLING COMPANY
    OF LOS ANGELES, INC. (improperly sued
8 | as the Coca-Cola Company)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| CNA INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: C11-02075 MMC<br><br>**STIPULATION TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA CONFERENCE CALL**<br><br>**AND ORDER THEREON**<br><br>Date: September 9, 2011<br>Time: 10:30 a.m.<br>Dept.: 7 |
| FARMERS INSURANCE EXCHANGE,<br><br>Plaintiff,<br><br>vs.<br><br>THE COCA-COLA COMPANY and DOES 1-50,<br><br>Defendants. | Case No. C11-02042 MMC |

|   |   |
|---|---|
| ABAI ALEMU and ZAFU BELETE,<br><br>Plaintiffs,<br><br>vs.<br><br>COCA COLA ENTERPRISES, INC; COCA COLA COMPANY, TRUE MANUFACTURING CO., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C11-02323 MMC |

     IT IS HEREBY STIPULATED by and between the Parties hereto, through their respective counsel of record herein, that the Parties may appear via Conference Call at the Case Management Conference in this matter, scheduled for September 9, 2011, beginning at 10:30 a.m., before the Honorable Maxine M. Chesney, Courtroom No. 7. The Parties agree to be available by telephone beginning at 10:30 a.m., until the Court contacts the Parties for the Case Management Conference.

     Good cause exists for the Conference Call in that David Brisco, counsel for Plaintiff, CNA Insurance Company, is in San Diego, California and is involved in a wedding on the same day and travel to San Francisco is not feasible.

     Pursuant to Local Rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff hereby attests that: (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendant's counsel has signed this document; and (3) the signed document is available for inspection upon request.

///
///
///
///
///
///
///
///

| | |
|---|---|
| 1 | **SO STIPULATED.** |
| 2 | DATED: September 1, 2011        COZEN O'CONNOR |
| 3 |        By: /s/ DAVID BRISCO |
| 4 |        DAVID D. BRISCO<br>Attorneys for Plaintiff, |
| 5 |        CNA INSURANCE COMPANY |

DATED: September 1, 2011     RIMAC MARTIN, P.C.

                             By: /s/ ANNA M. MARTIN
                                 ANNA M. MARTIN
                                 Attorneys for Defendant,
                                 BCI COCA-COLA BOTTLING
                                 COMPANY OF LOS ANGELES

DATED: September 1, 2011     ALPER & McCULLOCH

                             By: /s/ DEAN ALPER
                                 DEAN ALPER
                                 Attorneys for Plaintiff,
                                 FARMERS INSURANCE EXCHANGE

DATED: September 1, 2011     WILSON, ELSER, MOSKOWITZ,
                             EDELMAN & DICKER

                             By: /s/ ERIC S. WONG
                                 ERIC S. WONG
                                 Attorneys for Defendant,
                                 TRUE MANUFACTURING

DATED: September 1, 2011     LIBERSON & WOLFORD LLP

                             By: /s/ JASON N. LIBERSON
                                 JASON N. LIBERSON
                                 Attorneys for Plaintiff,
                                 ABAI ALEMU and ZAFU BELETE

**ORDER**

**IT IS SO ORDERED:** Specifically, ~~the Parties~~ counsel for CNA shall appear via Conference Call at the Case Management Conference on September 9, 2011 at 10:30 a.m. Further, ~~the Parties~~ counsel for CNA shall be on telephone standby beginning at 10:30 a.m. on September 9, 2011, ~~until the Court contacts the Parties for the Case Management Conference~~. and all other counsel shall appear in person at 10:30 a.m.

Dated: September 7, 2011     By: [signature]
                                 The Honorable Maxine M. Chesney
                                 UNITED STATES DISTRICT JUDGE