1  COZEN O'CONNOR
   David D. Brisco – State Bar No. 117305
2  501 West Broadway, Suite 1610
3  San Diego, CA 92101
   Telephone: (619) 234.1700
4  Facsimile: (619) 234.7831

5  Attorneys for Plaintiff,
   CNA INSURANCE COMPANY
6

7  ALPER & McCULLOCH
   DEAN A. ALPER, ESQ. - State Bar No. 117305
8  100 Drakes Landing Road, Suite 160
   Greenbrae, CA 94904-3120
9  Telephone (415) 785-8814
   Facsimile (415) 785-8831
10

11 Attorney for Plaintiff
   FARMERS INSURANCE EXCHANGE
12

13 LIBERSON & WOLFORD LLP
   JASON N. WOLFORD, ESQ. - State Bar No.
14 194177
   1010 B Street, Suite 300
15 San Rafael, CA 94901
   Telephone (415) 729-5529
16 Facsimile (415) 578-2413

17 Attorney for Plaintiffs
   ABAI ALEMU and ZAFU BELETE
18

19 WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
20 MICHAEL W. BOLECHOWSKI, ESQ. - State
   Bar No. 118725
21 ERIC S. WONG, ESQ. - State Bar No. 197310
22 525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
23 Telephone: (415) 433-0990
   Facsimile (415) 434-1370
24
   Attorney for Defendant
25 TRUE MANUFACTURING COMPANY

26 / / /

27 / / /

28

CNA v. COCA-COLA, ET AL.                                    CASE NO.: C11-02075 MMC

| | |
|---|---|
| 1 | **RIMAC MARTIN, P.C.** |
| 2 | ANNA M. MARTIN - State Bar No. 154279 |
|   | WILLIAM REILLY - State Bar No. 177550 |
| 3 | MATTHEW HICKEY - State Bar No. 239364 |
|   | 1051 Divisadero Street |
| 4 | San Francisco, California 94115 |
|   | Telephone (415) 561-8440 |
| 5 | Facsimile (415) 561-8430 |
| 6 | |
|   | Attorneys for Defendants |
| 7 | BCI COCA-COLA BOTTLING COMPANY |
|   | OF LOS ANGELES, INC. (improperly sued |
| 8 | as the Coca-Cola Company) |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| CNA INSURANCE COMPANY | Case No.: C11-02075 MMC |
| Plaintiff, | **STIPULATION TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA CONFERENCE CALL** |
| v. | |
| THE COCA-COLA COMPANY and DOES 1 to 50, inclusive, | **AND ORDER THEREON** |
| Defendants. | Date: September 9, 2011 |
| | Time: 10:30 a.m. |
| | Dept.: 7 |
| FARMERS INSURANCE EXCHANGE, | Case No. C11-02042 MMC |
| Plaintiff, | |
| vs. | |
| THE COCA-COLA COMPANY and DOES 1-50, | |
| Defendants. | |

|   |   |
|---|---|
| ABAI ALEMU and ZAFU BELETE,<br><br>Plaintiffs,<br><br>vs.<br><br>COCA COLA ENTERPRISES, INC; COCA COLA COMPANY, TRUE MANUFACTURING CO., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C11-02323 MMC |

IT IS HEREBY STIPULATED by and between the Parties hereto, through their respective counsel of record herein, that the Parties may appear via Conference Call at the Case Management Conference in this matter, scheduled for September 9, 2011, beginning at 10:30 a.m., before the Honorable Maxine M. Chesney, Courtroom No. 7. The Parties agree to be available by telephone beginning at 10:30 a.m., until the Court contacts the Parties for the Case Management Conference.

Good cause exists for the Conference Call in that David Brisco, counsel for Plaintiff, CNA Insurance Company, is in San Diego, California and is involved in a wedding on the same day and travel to San Francisco is not feasible.

Pursuant to Local Rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff hereby attests that: (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendant's counsel has signed this document; and (3) the signed document is available for inspection upon request.

///
///
///
///
///
///
///
///

1  **SO STIPULATED.**

2  DATED: September 1, 2011                           COZEN O'CONNOR

3                                           By:  /s/ DAVID BRISCO
                                                 DAVID D. BRISCO
4                                                Attorneys for Plaintiff,
                                                 CNA INSURANCE COMPANY
5
   DATED: September 1, 2011                           RIMAC MARTIN, P.C.
6
                                             By:  /s/ ANNA M. MARTIN
7                                                ANNA M. MARTIN
                                                 Attorneys for Defendant,
8                                                BCI COCA-COLA BOTTLING
                                                 COMPANY OF LOS ANGELES
9
   DATED: September 1, 2011                           ALPER & McCULLOCH
10
                                             By:  /s/ DEAN ALPER
11                                               DEAN ALPER
                                                 Attorneys for Plaintiff,
12                                               FARMERS INSURANCE EXCHANGE

13 DATED: September 1, 2011                           WILSON, ELSER, MOSKOWITZ,
                                                      EDELMAN & DICKER
14
                                             By:  /s/ ERIC S. WONG
15                                               ERIC S. WONG
                                                 Attorneys for Defendant,
16                                               TRUE MANUFACTURING

17 DATED: September 1, 2011                           LIBERSON & WOLFORD LLP

18                                           By:  /s/ JASON N. LIBERSON
                                                 JASON N. LIBERSON
19                                               Attorneys for Plaintiff,
                                                 ABAI ALEMU and ZAFU BELETE
20

21                                        **ORDER**
                                      counsel for CNA
22     **IT IS SO ORDERED:** Specifically, ~~the Parties~~ shall appear via Conference Call at the Case
                                                                    counsel for CNA
23 Management Conference on September 9, 2011 at 10:30 a.m.   Further, ~~the Parties~~ shall be on

24 telephone standby beginning at 10:30 a.m. on September 9, 2011, ~~until the Court contacts the Parties~~

25 ~~for the Case Management Conference~~. and all other counsel shall appear in person at 10:30 a.m.

26
   Dated: September 7, 2011              By:  [signature]
27                                            The Honorable Maxine M. Chesney
                                              UNITED STATES DISTRICT JUDGE
28