E-filing

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

FARMERS INSURANCE,

        Plaintiff(s),                   NO. C- 11 - 2042   MMC

vs.

                              **PRETRIAL PREPARATION**
                              **ORDER**

COCA-COLA COMPANY,

        Defendant(s).

_____/

        It is hereby **ORDERED** pursuant to Federal Rules of Civil Procedure and the Local Rules of this Court:

JURY TRIAL DATE:  Monday, __October 22, 2012__ at 9:00 a.m., Courtroom 7, 19th floor.

TRIAL LENGTH is estimated to be __5 to 8__ days.

DISCOVERY PLAN:  Per Federal Rules of Civil Procedure and Local Rules, subject to any
    provisions below.

NON-EXPERT DISCOVERY CUTOFF : __May 11, 2012__ .

DESIGNATION OF EXPERTS:

    Plaintiff/Defendant:  No later than __June 1, 2012__ .
    Plaintiff/Defendant:  Rebuttal no later than __June 15, 2012__ .

    Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

EXPERT DISCOVERY CUTOFF : __July 6, 2012__ .

DISCOVERY MATTERS are referred to a Magistrate Judge and are to be noticed for hearing before the assigned Magistrate Judge.

DISPOSITIVE MOTIONS shall be filed no later than _July 20, 2012_, and shall be noticed for hearing 35 days thereafter.

SETTLEMENT CONFERENCE shall be held before Magistrate Judge _Joseph C. Spero_ and scheduled to take place in January 2012.

PRETRIAL CONFERENCE DATE:_October 9, 2012_ at **3:00 p.m.**

> **COUNSEL WHO INTEND TO TRY THE CASE MUST ATTEND THE PRETRIAL CONFERENCE.** Counsel shall be prepared to discuss all aspects of the case, including settlement. Pretrial shall conform to the attached instructions.

MEET AND CONFER (Civil L.R. 16-10(b)(5): Lead trial counsel shall meet and confer no later than_September 4, 2012_.

FURTHER STATUS CONFERENCE: Friday, _July 20, 2012_ at 10:30 a.m.

FURTHER STATUS CONFERENCE STATEMENT DUE: Friday, _July 13, 2012_.

ADDITIONAL ORDERS:

> Initial disclosures and document production due by October 1, 2011.

> Depositions of plaintiffs and plaintiff's accountants to be completed by November 15, 2011.

> Jury Selection: October 18, 2012 at 9:00 a.m.

PLAINTIFF IS ORDERED TO SERVE A COPY OF THIS ORDER ON ANY PARTY SUBSEQUENTLY JOINED IN THIS ACTION.

DATED:_September 9, 2011_                    _Maxine M. Chesney_
                                         MAXINE M. CHESNEY
                                         United States District Judge

(Revised 9/2010)