E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FARMERS INSURANCE,

        Plaintiff(s),                    NO. C- 11 - 2042   MMC

vs.

                                        **PRETRIAL PREPARATION ORDER**

COCA-COLA COMPANY,

        Defendant(s).

_____/

      It is hereby **ORDERED** pursuant to Federal Rules of Civil Procedure and the Local Rules of this Court:

JURY TRIAL DATE: Monday, __October 22, 2012__ at 9:00 a.m., Courtroom 7, 19th floor.

TRIAL LENGTH is estimated to be __5 to 8__ days.

DISCOVERY PLAN: Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF : __May 11, 2012__ .

DESIGNATION OF EXPERTS:

    Plaintiff/Defendant: No later than __June 1, 2012__ .
    Plaintiff/Defendant: Rebuttal no later than __June 15, 2012__ .

    Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

EXPERT DISCOVERY CUTOFF : __July 6, 2012__ .

DISCOVERY MATTERS are referred to a Magistrate Judge and are to be noticed for hearing before the assigned Magistrate Judge.

DISPOSITIVE MOTIONS shall be filed no later than  July 20, 2012 , and shall be noticed for hearing 35 days thereafter.

SETTLEMENT CONFERENCE shall be held before Magistrate Judge  Joseph C. Spero  and scheduled to take place in January 2012.

PRETRIAL CONFERENCE DATE:  October 9, 2012   at **3:00 p.m.**

**COUNSEL WHO INTEND TO TRY THE CASE MUST ATTEND THE PRETRIAL CONFERENCE.** Counsel shall be prepared to discuss all aspects of the case, including settlement. Pretrial shall conform to the attached instructions.

MEET AND CONFER (Civil L.R. 16-10(b)(5)): Lead trial counsel shall meet and confer no later than September 4, 2012 .

FURTHER STATUS CONFERENCE: Friday,  July 20, 2012   at 10:30 a.m.

FURTHER STATUS CONFERENCE STATEMENT DUE: Friday,  July 13, 2012 .

ADDITIONAL ORDERS:

Initial disclosures and document production due by October 1, 2011.

Depositions of plaintiffs and plaintiff's accountants to be completed by November 15, 2011.

Jury Selection: October 18, 2012 at 9:00 a.m.

PLAINTIFF IS ORDERED TO SERVE A COPY OF THIS ORDER ON ANY PARTY SUBSEQUENTLY JOINED IN THIS ACTION.

DATED:  September 9, 2011                             _____
                                                                          MAXINE M. CHESNEY
                                                                          United States District Judge

(Revised 9/2010)