# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (San Francisco Division)

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE COCA-COLA COMPANY and DOES 1-50,<br><br>　　　　Defendants. | CASE NO. C11-02075 MMC<br>CASE NO. C11-02323 MMC<br>CASE NO. C11-02042 MMC<br><br>**STIPULATION TO CONTINUE JANUARY 24, 2012 SETTLEMENT CONFERENCE** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, that the Settlement Conference in this matter, currently scheduled to be held on January 24, 2012 at 9:30 a.m., in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 before Magistrate Judge Joseph C. Spero, be continued through March 10, 2012.

Good cause exists for this continuance as the depositions of the plaintiffs, which are currently ongoing, are taking significantly more time than anticipated due to a number of unforseen circumstances: the plaintiffs' requiring the use of an interpreter is making communication extremely difficult and the normal question-and-answer process is taking longer than expected; the depositions needed to be scheduled in half-day intervals due to plaintiffs' health reasons have further delayed completion of discovery; and last, it has been difficult to schedule the half-day depositions at a time when the attorneys and the interpreter are available on the same date and at the same time.

The parties agree and believe that in order to conduct a meaningful and productive Settlement Conference, more discovery needs to be completed and that this discovery cannot be

---

1  completed prior to the January 24, 2012 Settlement Conference date. The parties do not wish to
2  waste the Court's valuable time or the opportunity to engage in a meaningful and productive
3  Settlement Conference. Due to these unforseen circumstances and the limited amount of
4  discovery that has been completed thus far, the parties agree that a January 24, 2012 Settlement
5  Conference date would, in all likelihood, result in an unproductive session. Therefore, the parties
6  respectfully request that the Settlement Conference be continued through until March 10, 2012.

7  Pursuant to local rules, this document is being electronically filed through the Court's
8  ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this
9  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
10 signed this document; and (3) the signed document is available for inspection upon request.

**ALPER & McCULLOCH**

DATED: December 27, 2011   By:   /s/ DEAN ALPER
                                 DEAN ALPER
                                 Attorneys for Plaintiff
                                 FARMERS INSURANCE EXCHANGE

**RIMAC MARTIN, P.C.**

DATED: December 28, 2011   By:   /s/ ANNA M. MARTIN
                                 ANNA M. MARTIN
                                 Attorneys for Defendant
                                 BCI COCA-COLA BOTTLING COMPANY OF
                                 LOS ANGELES (improperly sued herein as THE
                                 COCA-COLA COMPANY)

**COZEN O'CONNOR**

DATED: December 28, 2011   By:   /s/ DAVID BRISCO
                                 DAVID BRISCO
                                 Attorneys for Plaintiff
                                 CNA INSURANCE COMPANY

1 | | | **WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER**

3  DATED:  December 28, 2011        By:     /s/ **Eric S. Wong**
                                            ERIC S. WONG
                                            Attorneys for Defendant
                                            TRUE MANUFACTURING

7 | | | **LIBERSON & WOLFORD LLP**

9  DATED:  December 28, 2011        By:     /s/ **Jason N. Wolford**

                                            JASON N. WOLFORD
                                            Attorneys for Plaintiffs
                                            ABAI ALEMU and ZAFU BELETE

**IT IS SO ORDERED**:  The parties are directed to contact Magistrate Judge Spero's chambers to obtain a new date.

DATED: December  28  , 2011        By:    /s/ Maxine M. Chesney
                                            The Honorable Maxine M. Chesney
                                            UNITED STATES DISTRICT JUDGE

-4-

**FARMERS v. COCA-COLA, ET AL.**                               **CASE NO.: C11-02042 MMC**