1
2                    **UNITED STATES DISTRICT COURT**
3                    **NORTHERN DISTRICT OF CALIFORNIA**
4                              **(San Francisco Division)**
5
6
7   FARMERS INSURANCE EXCHANGE,         )   CASE NO. C11-02075 MMC
                                        )   CASE NO. C11-02323 MMC
                                        )   CASE NO. C11-02042 MMC
8             Plaintiff,                )
                                        )   **STIPULATION TO CONTINUE**
9       vs.                             )   **JANUARY 24, 2012 SETTLEMENT**
                                        )   **CONFERENCE**
10  THE COCA-COLA COMPANY and           )
    DOES 1-50,                          )
11                                      )
            Defendants.                 )
12                                      )
                                        )
13  _____     )

14      **IT IS HEREBY STIPULATED** by and between the parties hereto, through their
15  respective attorneys of record herein, that the Settlement Conference in this matter, currently
16  scheduled to be held on January 24, 2012 at 9:30 a.m., in Courtroom G, 15th Floor, 450 Golden
17  Gate Avenue, San Francisco, California 94102 before Magistrate Judge Joseph C. Spero, be
18  continued through March 10, 2012.
19      Good cause exists for this continuance as the depositions of the plaintiffs, which are
20  currently ongoing, are taking significantly more time than anticipated due to a number of
21  unforseen circumstances: the plaintiffs' requiring the use of an interpreter is making
22  communication extremely difficult and the normal question-and-answer process is taking longer
23  than expected; the depositions needed to be scheduled in half-day intervals due to plaintiffs'
24  health reasons have further delayed completion of discovery; and last, it has been difficult to
25  schedule the half-day depositions at a time when the attorneys and the interpreter are available on
26  the same date and at the same time.
27      The parties agree and believe that in order to conduct a meaningful and productive
28  Settlement Conference, more discovery needs to be completed and that this discovery cannot be

1 completed prior to the January 24, 2012 Settlement Conference date.  The parties do not wish to
2 waste the Court's valuable time or the opportunity to engage in a meaningful and productive
3 Settlement Conference.  Due to these unforseen circumstances and the limited amount of
4 discovery that has been completed thus far, the parties agree that a January 24, 2012 Settlement
5 Conference date would, in all likelihood, result in an unproductive session.  Therefore, the parties
6 respectfully request that the Settlement Conference be continued through until March 10, 2012.

7     Pursuant to local rules, this document is being electronically filed through the Court's
8 ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this
9 document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
10 signed this document; and (3) the signed document is available for inspection upon request.

**ALPER & McCULLOCH**

DATED: December 27, 2011         By:     /s/ D<small>EAN</small> A<small>LPER</small>
                                         DEAN ALPER
                                         Attorneys for Plaintiff
                                         FARMERS INSURANCE EXCHANGE

**RIMAC  MARTIN, P.C.**

DATED:  December 28, 2011        By:     /s/ A<small>NNA</small> M. M<small>ARTIN</small>
                                         ANNA M. MARTIN
                                         Attorneys for Defendant
                                         BCI COCA-COLA BOTTLING COMPANY OF
                                         LOS ANGELES (improperly sued herein as THE
                                         COCA-COLA COMPANY)

**COZEN O'CONNOR**

DATED:  December 28, 2011        By:     /s/ D<small>AVID</small> B<small>RISCO</small>
                                         DAVID BRISCO
                                         Attorneys for Plaintiff
                                         CNA INSURANCE COMPANY

**WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER**

DATED: December 28, 2011         By:    /s/ **ERIC S. WONG**
                                        ERIC S. WONG
                                        Attorneys for Defendant
                                        TRUE MANUFACTURING


**LIBERSON & WOLFORD LLP**

DATED: December 28, 2011         By:    /s/ **JASON N. WOLFORD**
                                        JASON N. WOLFORD
                                        Attorneys for Plaintiffs
                                        ABAI ALEMU and ZAFU BELETE

**IT IS SO ORDERED**: The parties are directed to contact Magistrate Judge Spero's chambers to obtain a new date.

DATED: December  28 , 2011        By:    [signature]
                                         The Honorable Maxine M. Chesney
                                         UNITED STATES DISTRICT JUDGE

-4-

FARMERS v. COCA-COLA, ET AL.                              CASE NO.: C11-02042 MMC