| | |
|---|---|
| 1 | **ALPER & McCULLOCH**<br>DEAN A. ALPER, ESQ. - State Bar No. 117305 |
| 2 | 100 Drakes Landing Road, Suite 160<br>Greenbrae, CA 94904-3120 |
| 3 | Telephone (415) 785-8814<br>Facsimile (415) 785-8831 |
| 4 | |
| 5 | Attorney for Plaintiff<br>FARMERS INSURANCE EXCHANGE |
| 6 | **RIMAC MARTIN, P.C.** |
| 7 | ANNA M. MARTIN - State Bar No. 154279<br>WILLIAM REILLY - State Bar No. 177550 |
| 8 | JOSEPH F. CHARLES - State Bar No. 228456<br>1051 Divisadero Street |
| 9 | San Francisco, California 94115<br>Telephone (415) 561-8440 |
| 10 | Facsimile (415) 561-8430 |
| 11 | Attorneys for Defendants<br>BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES (improperly sued as THE |
| 12 | COCA-COLA COMPANY |
| 13 | **LIBERSON & WOLFORD LLP**<br>JASON N. WOLFORD, ESQ. - State Bar No. 194177 |
| 14 | 1010 B Street, Suite 300<br>San Rafael, CA 94901 |
| 15 | Telephone (415) 729-5529<br>Facsimile (415) 578-2413 |
| 16 | Attorneys for Plaintiffs |
| 17 | ABAI ALEMU and ZAFU BELETE |
| 18 | **COZEN O'CONNOR**<br>DAVID BRISCO, ESQ. - State Bar No. 238270 |
| 19 | 501 West Broadway, Suite 1610<br>San Diego, CA 92101 |
| 20 | Telephone (619) 234-1700<br>Facsimile (619) 234-7831 |
| 21 | Attorneys for Plaintiff |
| 22 | CNA INSURANCE COMPANY |
| 23 | **WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER LLP** |
| 24 | MICHAEL BOLECHOWSKI, ESQ. - State Bar No. 118725<br>ERIC S. WONG, ESQ. - State Bar No. 197310 |
| 25 | 525 Market Street, 17th Floor<br>San Francisco, CA 94105-2725 |
| 26 | Telephone (415) 433-0990<br>Facsimile (415) 434-1370 |
| 27 | Attorneys for Defendant |
| 28 | TRUE MANUFACTURING |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (San Francisco Division)

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, <br><br> Plaintiff, <br><br> vs. <br><br> THE COCA-COLA COMPANY and DOES 1-50, <br><br> Defendants. | CASE NO. C11-02042 MMC <br><br> **STIPULATION AND ORDER RE: MARCH 8, 2012 SETTLEMENT CONFERENCE DATE** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, and pursuant to this Court's December 28, 2011 Order, that the Settlement Conference in the above-entitled action shall be held on Thursday, March 8, 2012 at 9:30 a.m., in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 before Magistrate Judge Joseph C. Spero; Settlement Conference Statements due to be filed two weeks prior, or no later than Thursday, February 23, 2012.

On December 28, 2012, this Court granted the parties stipulation to and request for a continuance of the Settlement Conference which was originally scheduled to be held on January 24, 2012 at the same time and location as noted above. Attached to this Stipulation and Order is a true and correct copy of the order granting the parties' stipulation and request for a continuance.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has signed this document; and (3) the signed document is available for inspection upon request.

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | **ALPER & McCULLOCH** |
| 2 |   |   |   |
| 3 | DATED:  January 6, 2012 | By: | /s/ **DEAN ALPER** |
|   |   |   | DEAN ALPER |
| 4 |   |   | Attorneys for Plaintiff |
|   |   |   | FARMERS INSURANCE EXCHANGE |

 

**RIMAC  MARTIN, P.C.**

DATED:  January 6, 2012           By:     /s/ **ANNA M. MARTIN**
                                          ANNA M. MARTIN
                                          Attorneys for Defendant
                                          BCI COCA-COLA BOTTLING COMPANY OF
                                          LOS ANGELES (improperly sued herein as THE
                                          COCA-COLA COMPANY)


**COZEN O'CONNOR**

DATED:  January 6, 2012           By:     /s/ **DAVID BRISCO**
                                          DAVID BRISCO
                                          Attorneys for Plaintiff
                                          CNA INSURANCE COMPANY


**WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER**

DATED:  January 6, 2012           By:     /s/ **ERIC S. WONG**
                                          ERIC S. WONG
                                          Attorneys for Defendant
                                          TRUE MANUFACTURING


**LIBERSON & WOLFORD LLP**

DATED:  January 6, 2012           By:     /s/ **JASON N. WOLFORD**

                                          JASON N. WOLFORD
                                          Attorneys for Plaintiffs
                                          ABAI ALEMU and ZAFU BELETE

1  **IT IS SO ORDERED**:

2

3
DATED: January __9__, 2012       By: _____
4                                    The Honorable Joseph C. Spero
                                     UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

FARMERS v. COCA-COLA, ET AL.                           CASE NO.: C11-02042 MMC