1  **ALPER & McCULLOCH**
   DEAN A. ALPER, ESQ. - State Bar No. 117305
2  100 Drakes Landing Road, Suite 160
   Greenbrae, CA 94904-3120
3  Telephone (415) 785-8814
   Facsimile (415) 785-8831
4
   Attorney for Plaintiff
5  FARMERS INSURANCE EXCHANGE

6  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN - State Bar No. 154279
7  WILLIAM REILLY - State Bar No. 177550
   JOSEPH F. CHARLES - State Bar No. 228456
8  1051 Divisadero Street
   San Francisco, California 94115
9  Telephone (415) 561-8440
   Facsimile (415) 561-8430
10
   Attorneys for Defendants
11 BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES (improperly sued as THE
   COCA-COLA COMPANY
12
   **LIBERSON & WOLFORD LLP**
13 JASON N. WOLFORD, ESQ. - State Bar No. 194177
   1010 B Street, Suite 300
14 San Rafael, CA 94901
   Telephone (415) 729-5529
15 Facsimile (415) 578-2413

16 Attorneys for Plaintiffs
   ABAI ALEMU and ZAFU BELETE
17
   **COZEN O'CONNOR**
18 DAVID BRISCO, ESQ. - State Bar No. 238270
   501 West Broadway, Suite 1610
19 San Diego, CA 92101
   Telephone (619) 234-1700
20 Facsimile (619) 234-7831

21 Attorneys for Plaintiff
   CNA INSURANCE COMPANY
22
   **WILSON, ELSER, MOSKOWITZ,**
23 **EDELMAN & DICKER LLP**
   MICHAEL BOLECHOWSKI, ESQ. - State Bar No. 118725
24 ERIC S. WONG, ESQ. - State Bar No. 197310
   525 Market Street, 17th Floor
25 San Francisco, CA 94105-2725
   Telephone (415) 433-0990
26 Facsimile (415) 434-1370

27 Attorneys for Defendant
   TRUE MANUFACTURING
28

-1-

FARMERS v. COCA-COLA, ET AL.                                CASE NO.: C11-02042 MMC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
### (San Francisco Division)

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, | ) |
| Plaintiff, | ) CASE NO. C11-02042 MMC |
| vs. | ) **STIPULATION AND ORDER RE:** |
| | ) **MARCH 8, 2012 SETTLEMENT** |
| THE COCA-COLA COMPANY and DOES 1-50, | ) **CONFERENCE DATE** |
| Defendants. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, and pursuant to this Court's December 28, 2011 Order, that the Settlement Conference in the above-entitled action shall be held on Thursday, March 8, 2012 at 9:30 a.m., in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 before Magistrate Judge Joseph C. Spero; Settlement Conference Statements due to be filed two weeks prior, or no later than Thursday, February 23, 2012.

On December 28, 2012, this Court granted the parties stipulation to and request for a continuance of the Settlement Conference which was originally scheduled to be held on January 24, 2012 at the same time and location as noted above. Attached to this Stipulation and Order is a true and correct copy of the order granting the parties' stipulation and request for a continuance.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has signed this document; and (3) the signed document is available for inspection upon request.

**ALPER & McCULLOCH**

DATED: January 6, 2012          By:     /s/ **DEAN ALPER**
                                        DEAN ALPER
                                        Attorneys for Plaintiff
                                        FARMERS INSURANCE EXCHANGE

**RIMAC MARTIN, P.C.**

DATED: January 6, 2012          By:     /s/ **ANNA M. MARTIN**
                                        ANNA M. MARTIN
                                        Attorneys for Defendant
                                        BCI COCA-COLA BOTTLING COMPANY OF
                                        LOS ANGELES (improperly sued herein as THE
                                        COCA-COLA COMPANY)

**COZEN O'CONNOR**

DATED: January 6, 2012          By:     /s/ **DAVID BRISCO**
                                        DAVID BRISCO
                                        Attorneys for Plaintiff
                                        CNA INSURANCE COMPANY

**WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER**

DATED: January 6, 2012          By:     /s/ **ERIC S. WONG**
                                        ERIC S. WONG
                                        Attorneys for Defendant
                                        TRUE MANUFACTURING

**LIBERSON & WOLFORD LLP**

DATED: January 6, 2012          By:     /s/ **JASON N. WOLFORD**

                                        JASON N. WOLFORD
                                        Attorneys for Plaintiffs
                                        ABAI ALEMU and ZAFU BELETE

1 | **IT IS SO ORDERED**:
2 |
3 |
4 | DATED: January __9__, 2012         By: _____
  |                                    The Honorable Joseph C. Spero
5 |                                    UNITED STATES MAGISTRATE JUDGE

-4-

**FARMERS v. COCA-COLA, ET AL.**                    **CASE NO.: C11-02042 MMC**