1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## (San Francisco Division)

FARMERS INSURANCE EXCHANGE,      )

Plaintiff,      )

vs.      )

THE COCA-COLA COMPANY and      )
DOES 1-50,      )

Defendants.      )

_____ )

)  CASE NO. C11-02042 MMC
)  and all consolidated cases
)
)  **STIPULATION TO CONTINUE**
)  **MARCH 8, 2012 SETTLEMENT**
)  **CONFERENCE**
)
)     **AND ORDER THEREON**
)
)

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, that the Settlement Conference in this matter, currently scheduled to be held on March 8, 2012 at 9:30 a.m., in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 before Magistrate Judge Joseph C. Spero, be continued through April 6, 2012.

Good cause exists for this continuance as the depositions of the plaintiffs, which are still ongoing, are taking significantly more time than anticipated due to a number of unforseen circumstances: the Plaintiffs' requiring the use of an interpreter is making communication difficult and resulting in the question-and-answer process taking longer than expected.

Further, the Defendants believe that not enough discovery has been completed thus far, and will not be completed prior to the Settlement Conference, in order to insure them that they have enough information to have a productive Settlement Conference session.  Defendants have still not received Plaintiff Belete's medical records and have only recently received medical records for Plaintiff Alemu from a health care provider that was recently revealed during the taking of his deposition.  Further, Defendants need to complete taking Plaintiffs' depositions especially with respect to their medical records, as well as Plaintiff Belete's deposition regarding

1  other limited topics.  It is critical that Defendants thoroughly review and analyze Plaintiffs'

2  medical records to assess their claims for damages.  Moreover, the parties are discussing dates

3  for additional depositions to be taken during the month of March 2012.

4       During defendant True Manufacturing's Federal Rule of Civil Procedure rule 30(b)(6)

5  deposition taken of defendant Coca-Cola on February 15, 2012, the parties discussed at length

6  and all agreed that a meaningful and productive Settlement Conference will require more

7  discovery to be completed by the Defendants and that this discovery and the analysis of the same

8  cannot be completed in sufficient time prior to the March 8, 2012 Settlement Conference date for

9  them to obtain the requisite settlement authority.  The parties do not wish to waste the Court's

10 valuable time or the opportunity to engage in a meaningful and productive Settlement

11 Conference.  Due to these unforseen circumstances and the good faith belief, based on

12 Defendants' representations that additional discovery needs to be completed, the parties agree

13 that a March 8, 2012 Settlement Conference date would, in all likelihood, result in an

14 unproductive session.

15      The parties have contacted the clerk for Magistrate Judge Spero and have tentatively

16 calendared April 5, 2012 at 9:00 a.m. as the date for the Settlement Conference, which is the

17 earliest available date on Judge Spero's calendar agreeable to all parties.  The parties are

18 confident that sufficient discovery can be completed by April 5, 2012 to give the parties the

19 greatest opportunity at a possible resolution.  Therefore, the parties respectfully request that the

20 date for completion of the Mandatory Settlement Conference be continued  until April 6, 2012.

21      Pursuant to local rules, this document is being electronically filed through the Court's

22 ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this

23 document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has

24 signed this document; and (3) the signed document is available for inspection upon request.

25                                          **ALPER & McCULLOCH**

26

27 DATED: February 22, 2012          By:    __/s/ **DEAN ALPER**_____
                                            DEAN ALPER
                                            Attorneys for Plaintiff
28                                          FARMERS INSURANCE EXCHANGE

RIMAC  MARTIN, P.C.

DATED:  February 22, 2012       By:     /s/ ANNA M. MARTIN

ANNA M. MARTIN
Attorneys for Defendant
BCI COCA-COLA BOTTLING COMPANY OF
LOS ANGELES (improperly sued herein as THE
COCA-COLA COMPANY)

COZEN O'CONNOR

DATED:  February 22, 2012       By:     /s/ DAVID BRISCO

DAVID BRISCO
Attorneys for Plaintiff
CNA INSURANCE COMPANY

WILSON, ELSER, MOSKOWITZ, EDELMAN,
& DICKER

DATED:  February 22, 2012       By:     /s/ ERIC S. WONG

ERIC S. WONG
Attorneys for Defendant
TRUE MANUFACTURING

LIBERSON & WOLFORD LLP

DATED:  February 22, 2012       By:     /s/ JASON N. WOLFORD

JASON N. WOLFORD
Attorneys for Plaintiffs
ABAI ALEMU and ZAFU BELETE

IT IS SO ORDERED:

DATED: February ___24___, 2012       By: _____
The Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

---

**-4-**