IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE,<br><br>    Plaintiff,<br>v.<br><br>THE COCA-COLA COMPANY,<br><br>    Defendant.<br>_____<br>CNA INSURANCE COMPANY,<br><br>    Plaintiff,<br>v.<br><br>THE COCA-COLA COMPANY,<br><br>    Defendant.<br>_____<br>ABAI ALEMU, et al.,<br><br>    Plaintiffs,<br>v.<br><br>COCA COLA ENTERPRISES, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C-11-2042 MMC<br>No. C-11-2075 MMC<br>No. C-11-2323 MMC<br><br>**ORDER APPROVING STIPULATION TO CONTINUE DEADLINE FOR MANDATORY SETTLEMENT CONFERENCE; DIRECTIONS TO PARTIES** |

    On March 21, 2012, the parties filed two stipulations: (1) a stipulation to continue the deadline to complete the Settlement Conference to April 18, 2012, which stipulation was submitted to the undersigned; and (2) a stipulation to continue the April 5, 2012

1  Settlement Conference to April 18, 2012, which stipulation was submitted to Magistrate
2  Judge Joseph C. Spero.
3      By order filed March 22, 2012, Magistrate Judge Spero denied the stipulation
4  submitted to him, the April 18, 2012 date being unavailable and no other dates being
5  available until June 2012.
6      Although the requested date is unavailable, the parties have shown good cause for a
7  continuance.  Accordingly, the stipulation for a continuance is hereby APPROVED, and the
8  deadline to complete the Settlement Conference is CONTINUED to June 29, 2012.  The
9  parties are DIRECTED to contact Magistrate Judge Spero's chambers to determine a
10 specific available date.
11     **IT IS SO ORDERED.**
12
13 Dated:  March 26, 2012
                                              _____
14                                             MAXINE M. CHESNEY
                                              United States District Judge

2