**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, | No. C-11-2042 MMC |
| Plaintiff, | No. C-11-2075 MMC |
| v. | No. C-11-2323 MMC |
| THE COCA-COLA COMPANY, | **ORDER APPROVING STIPULATION TO CONTINUE DEADLINE FOR MANDATORY SETTLEMENT CONFERENCE; DIRECTIONS TO PARTIES** |
| Defendant. | |
| CNA INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | |
| THE COCA-COLA COMPANY, | |
| Defendant. | |
| ABAI ALEMU, et al., | |
| Plaintiffs, | |
| v. | |
| COCA COLA ENTERPRISES, INC., et al., | |
| Defendants. | |

On March 21, 2012, the parties filed two stipulations: (1) a stipulation to continue the deadline to complete the Settlement Conference to April 18, 2012, which stipulation was submitted to the undersigned; and (2) a stipulation to continue the April 5, 2012

Settlement Conference to April 18, 2012, which stipulation was submitted to Magistrate Judge Joseph C. Spero.

By order filed March 22, 2012, Magistrate Judge Spero denied the stipulation submitted to him, the April 18, 2012 date being unavailable and no other dates being available until June 2012.

Although the requested date is unavailable, the parties have shown good cause for a continuance. Accordingly, the stipulation for a continuance is hereby APPROVED, and the deadline to complete the Settlement Conference is CONTINUED to June 29, 2012. The parties are DIRECTED to contact Magistrate Judge Spero's chambers to determine a specific available date.

**IT IS SO ORDERED.**

Dated: March 26, 2012

MAXINE M. CHESNEY
United States District Judge