1  MICHAEL W. BOLECHOWSKI (State Bar No. 118725)
   ERIC S. WONG (State Bar No. 197310)
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor,
   San Francisco, CA 94105-2725
4  Telephone: 415.433.0990
   Facsimile: 415.434.1370
5
   Attorneys for Defendant,
6  TRUE MANUFACTURING CO.

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | ABAI ALEMU and ZAFU BELETE,            ) Case No. C 11-02323 MMC
                                            ) Consolidated With Case
12 |                    Plaintiff,          ) C:11-02042 MMC and C11 02075 MMC
                                            )
13 | v.                                     ) **STIPULATION AND ORDER RE:**
                                            ) **JUNE 13, 2012 MANDATORY**
14 | COCA COLA ENTERPRISES, INC.; COCA COLA ) **SETTLEMENT CONFERENCE DATE**
   | COMPANY, TRUE MANUFACTURING CO., and   )
15 | DOES 1 through 50, inclusive,          ) Action Removed: May 11, 2011
                                            ) The Hon. Maxine M. Chesney
16 |                    Defendants.         )
                                            )
17 |_____ )

18

19     **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

20 attorneys of record herein, and pursuant to this Court's Order dated March 26, 2012, that the

21 deadline for the parties to complete the Mandatory Settlement Conference in the above-entitled

22 action shall be extended to June 29, 2012 and that said Mandatory Settlement Conference shall be

23 held on Wednesday, June 13, 2012 at 9:30 a.m. in Courtroom G, 15th Floor, 450 Golden Gate

24 Avenue, San Francisco, California before Magistrate Joseph C. Spero; Settlement Conference

25 Statements shall be filed no later than Wednesday, May 30, 2012.

26 / / /

27 / / /

28

850357.1

CASE NO. C 11-02323 MMC

1  On March 26, 2012, this Court ordered that the deadline to complete the Mandatory
2  Settlement Conference shall be extended until June 29, 2012.
3  Per the Court's instructions the parties contacted Magistrate Judge Joseph C. Spero's clerk
4  and were informed that Judge Spero was available on June 13, 2012 for a Mandatory Settlement
5  Conference.
6  The parties met and conferred and have mutually agreed that they are all available on June
7  13, 2012 for the Mandatory Settlement Conference and have reserved this date with Magistrate
8  Spero's clerk.
9  Pursuant to local rules this document is being electronically filed through the Court's ECF
10 System. In this regards, counsel for defendant True Manufacturing hereby attests that: (1) the
11 contents of this document is acceptable to all persons required to sign the document; (2) plaintiffs'
12 counsel have signed this document; and (3) the signed document is available upon inspection.

13 Dated: March 28, 2012                           **WILSON, ELSER, MOSKOWITZ,**
                                                   **EDELMAN & DICKER LLP**

                                            By:  /S/ MICHAEL W. BOLECHOWSKI
                                                 MICHAEL W. BOLECHOWSKI
                                                 Attorneys for Defendant
                                                 TRUE MANUFACTURING CO.

19 Dated: March 28, 2012                           **RIMAC MARTIN, P.C.**

                                            By:  /S/ ANNA M. MARTIN
                                                 ANNA M. MARTIN
                                                 Attorneys for Defendant
                                                 BCI COCA-COLA BOTTLING
                                                 COMPANY OF LOS ANGELES,
                                                 (erroneously sued herein as THE COCA-
                                                 COLA COMPANY)

                                                 **COZEN O'CONNOR**
26 Dated: March 28, 2012

2
STIPULATION AND ORDER RE: JUNE 13, 2012 MANDATORY SETTLEMENT CONFERENCE DATE

850357.1

|   |   |
|---|---|
|   | By: /S/ DAVID BRISCO |
|   | DAVID BRISCO |
|   | Attorneys for Plaintiff |
|   | CNA INSURANCE |
| Dated: March 28, 2012 | **LAW OFFICE OF JASON WOLFORD** |
|   | By: /S/ JASON N. WOLFORD |
|   | JASON N. WOLFORD |
|   | Attorneys for Plaintiffs |
|   | ABAI ALEMU and ZAFU BELETE |
| Dated: March 28, 2012 | **ALPER & McCULLOCH** |
|   | By: /S/ DEAN ALPER |
|   | DEAN ALPER |
|   | Attorneys for Plaintiff |
|   | FARMERS INSURANCE EXCHANGE |

**IT IS SO ORDERED.**

Dated: March 29, 2012

The Honorable [signature: Judge Joseph C. Spero]
UNITED STATES MAGISTRATE JUDGE

3
STIPULATION AND ORDER RE: JUNE 13, 2012 MANDATORY SETTLEMENT CONFERENCE DATE

850357.1