1  MICHAEL W. BOLECHOWSKI (State Bar No. 118725)
   ERIC S. WONG (State Bar No. 197310)
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor,
   San Francisco, CA 94105-2725
4  Telephone: 415.433.0990
   Facsimile: 415.434.1370
5
   Attorneys for Defendant,
6  TRUE MANUFACTURING CO.

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ABAI ALEMU and ZAFU BELETE,          )   Case No. C 11-02323 MMC
                                         )   Consolidated With Case
12                   Plaintiff,          )   C:11-02042 MMC and C11 02075 MMC
                                         )
13         v.                            )   **STIPULATION AND ORDER RE:**
                                         )   **JUNE 13, 2012 MANDATORY**
14  COCA COLA ENTERPRISES, INC.; COCA COLA )  **SETTLEMENT CONFERENCE DATE**
    COMPANY, TRUE MANUFACTURING CO., and )
15  DOES 1 through 50, inclusive,        )   Action Removed:  May 11, 2011
                                         )   The Hon. Maxine M. Chesney
16                   Defendants.         )
                                         )
17  _____)

18

19         **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

20  attorneys of record herein, and pursuant to this Court's Order dated March 26, 2012, that the

21  deadline for the parties to complete the Mandatory Settlement Conference in the above-entitled

22  action shall be extended to June 29, 2012 and that said Mandatory Settlement Conference shall be

23  held on Wednesday, June 13, 2012 at 9:30 a.m. in Courtroom G, 15th Floor, 450 Golden Gate

24  Avenue, San Francisco, California before Magistrate Joseph C. Spero; Settlement Conference

25  Statements shall be filed no later than Wednesday, May 30, 2012.

26  ///

27  ///

28
                                                     CASE NO. C 11-02323 MMC
    850357.1

1   On March 26, 2012, this Court ordered that the deadline to complete the Mandatory

2   Settlement Conference shall be extended until June 29, 2012.

3   Per the Court's instructions the parties contacted Magistrate Judge Joseph C. Spero's clerk

4   and were informed that Judge Spero was available on June 13, 2012 for a Mandatory Settlement

5   Conference.

6   The parties met and conferred and have mutually agreed that they are all available on June

7   13, 2012 for the Mandatory Settlement Conference and have reserved this date with Magistrate

8   Spero's clerk.

9   Pursuant to local rules this document is being electronically filed through the Court's ECF

10  System.  In this regards, counsel for defendant True Manufacturing hereby attests that: (1) the

11  contents of this document is acceptable to all persons required to sign the document; (2) plaintiffs'

12  counsel have signed this document; and (3) the signed document is available upon inspection.

13  Dated: March 28, 2012                 **WILSON, ELSER, MOSKOWITZ,**
                                          **EDELMAN & DICKER LLP**
14

15

16                             By:  **/S/ MICHAEL W. BOLECHOWSKI**
                                    MICHAEL W. BOLECHOWSKI
17                                  Attorneys for Defendant
                                    TRUE MANUFACTURING CO.
18

19  Dated: March 28, 2012                 **RIMAC MARTIN, P.C.**

20

21                             By:  **/S/ ANNA M. MARTIN**
                                    ANNA M. MARTIN
22                                  Attorneys for Defendant
                                    BCI COCA-COLA BOTTLING
23                                  COMPANY OF LOS ANGELES,
                                    (erroneously sued herein as THE COCA-
24                                  COLA COMPANY)

25                                        **COZEN O'CONNOR**

26  Dated: March 28, 2012

27

28

850357.1

By:  /S/ DAVID BRISCO
DAVID BRISCO
Attorneys for Plaintiff
CNA INSURANCE

Dated: March 28, 2012

**LAW OFFICE OF JASON
WOLFORD**

By:  /S/ JASON N. WOLFORD
JASON N. WOLFORD
Attorneys for Plaintiffs
ABAI ALEMU and ZAFU BELETE

Dated: March 28, 2012

**ALPER & McCULLOCH**

By:  /S/ DEAN ALPER
DEAN ALPER
Attorneys for Plaintiff
FARMERS INSURANCE EXCHANGE

**IT IS SO ORDERED.**

Dated: March __29__, 2012

The Honorable
UNITED STATES MAGISTRATE JUDGE

Judge Joseph C. Spero

STIPULATION AND ORDER RE: JUNE 13, 2012 MANDATORY SETTLEMENT CONFERENCE DATE

850357.1