UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE,<br><br>Plaintiff,<br><br>vs.<br><br>THE COCA-COLA COMPANY and DOES 1-50,<br><br>Defendants. | CASE NO. CV 11-02323 MMC<br>And all consolidated cases<br><br>STIPULATION ~~AND ORDER~~ RE: CONTINUE THE REMAINING DATES OF THE PRETRIAL PREPARATION ORDER (DOCUMENT ~~NO. 24)~~ NO. 21)<br><br>**AND ORDER APPROVING STIPULATION IN PART** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, that the remaining dates identified below from this Court's September 12, 2011 Pretrial Preparation Order (Document No. 24) be continued as requested:

DESIGNATION OF EXPERTS:

    Plaintiff/Defendant: No later than June 18, 2012.

    Plaintiff/Defendant: Rebuttal no later than July 3, 2012.

EXPERT DISCOVERY CUTOFF: July 24, 2012.

DISPOSITIVE MOTIONS shall be filed no later than August 14, 2012, and shall be noticed for hearing 35 days thereafter.

MEET AND CONFER (Civil L.R. 16-10(b)(5): Lead trial counsel shall meet and confer no later than September 21, 2012.

FURTHER STATUS CONFERENCE: Friday, August 3, 2012 at 10:30 a.m.

FURTHER STATUS CONFERENCE STATEMENT DUE: Friday, July 27, 2012.

---

FARMERS v. COCA-COLA, ET AL.                                    CASE NO.: C11-02323 MMC<br>                                                                                               And all consolidated cases

It is further understood and agreed to by the parties that the October 9, 2012 PRETRIAL CONFERENCE date, the October 18, 2012 JURY SELECTION date, and the October 22, 2012 JURY TRIAL date **shall remain the same** as originally ordered by this Court in the September 12, 2011 Pretrial Preparation Order (Document No. 24).

Good cause exists for this Stipulation as the parties have conferred and remain reasonably optimistic as to the upcoming June 13, 2012 Mandatory Settlement Conference and, as such, do not wish to incur the additional expense of preparing and finalizing expert reports as well as the work and expense that is required to prepare and finalize rebuttal reports until after the June 13, 2012 Mandatory Settlement Conference. The parties believe that the preparation of expert reports and rebuttals prior to and during the Mandatory Settlement Conference may result in an unnecessary waste of resources that may be better spent on attempting to resolve this case.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has signed this document; and (3) the signed document is available for inspection upon request.

**ALPER & McCULLOCH**

DATED: May 22, 2012        By:        /s/ DEAN ALPER
                                      DEAN ALPER
                                      Attorneys for Plaintiff
                                      FARMERS INSURANCE EXCHANGE

**RIMAC MARTIN, P.C.**

DATED: May 23, 2012        By:        /s/ ANNA M. MARTIN
                                      ANNA M. MARTIN
                                      Attorneys for Defendant
                                      BCI COCA-COLA BOTTLING COMPANY OF
                                      LOS ANGELES (improperly sued herein as THE
                                      COCA-COLA COMPANY)

|   |   |   |   |
|---|---|---|---|
| 1 | | | COZEN O'CONNOR |
| 2 | | | |
| 3 | DATED: May 23, 2012 | By: | /s/ DAVID BRISCO |
| 4 | | | DAVID BRISCO<br>Attorneys for Plaintiff |
| 5 | | | CNA INSURANCE COMPANY |
| 6 | | | WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER |
| 7 | | | |
| 8 | DATED: May 23, 2012 | By: | /s/ ERIC S. WONG |
| 9 | | | ERIC S. WONG<br>Attorneys for Defendant |
| 10 | | | TRUE MANUFACTURING |
| 11 | | | LIBERSON & WOLFORD LLP |
| 12 | | | |
| 13 | DATED: May 23, 2012 | By: | /s/ JASON N. WOLFORD |
| 14 | | | JASON N. WOLFORD<br>Attorneys for Plaintiffs |
| 15 | | | ABAI ALEMU and ZAFU BELETE |

**IT IS SO ORDERED**:
with the exception that the deadline to file dispositive motions is continued to August 3, 2012.

DATED: May  30 , 2012         By:  [signature]
                                         The Honorable MAXINE M. CHESNEY
                                         UNITED STATES DISTRICT JUDGE

---

FARMERS v. COCA-COLA, ET AL.

-4-

CASE NO.: C11-02323 MMC
And all consolidated cases