IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE,<br><br>    Plaintiff,<br>  v.<br><br>THE COCA-COLA COMPANY,<br><br>    Defendant.<br>_____<br>CNA INSURANCE COMPANY,<br><br>    Plaintiff,<br>  v.<br><br>THE COCA-COLA COMPANY,<br><br>    Defendant.<br>_____<br>ABAI ALEMU, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>COCA COLA ENTERPRISES, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C-11-2042 MMC<br>No. C-11-2075 MMC<br>No. C-11-2323 MMC<br><br>**ORDER OF DISMISSAL** |

    The parties having advised the Court that they have agreed to a settlement of the above-titled actions, and the settlement having been placed on the record,

    IT IS HEREBY ORDERED that plaintiffs' claims alleged against defendants herein

be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon on the opposing party, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the actions shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: June 14, 2012

_____
MAXINE M. CHESNEY
United States District Judge