|   |   |
|---|---|
| 1 | **ALPER & McCULLOCH**<br>DEAN A. ALPER, ESQ. - State Bar No. 117305 |
| 2 | 100 Drakes Landing Road, Suite 160<br>Greenbrae, CA 94904-3120 |
| 3 | Telephone (415) 785-8814<br>Facsimile (415) 785-8831 |
| 4 | daa@alpermcculloch.com |
| 5 | Attorney for Plaintiff<br>FARMERS INSURANCE EXCHANGE |
| 6 |  |
| 7 | **RIMAC MARTIN, P.C.**<br>ANNA M. MARTIN - State Bar No. 154279 |
|   | JOSEPH F. CHARLES - State Bar No. 228456 |
| 8 | 1051 Divisadero Street<br>San Francisco, California 94115 |
| 9 | Telephone (415) 561-8440<br>Facsimile (415) 561-8430 |
| 10 | amartin@rimacmartin.com |
| 11 | Attorneys for Defendants<br>BCI COCA-COLA BOTTLING COMPANY |
| 12 | OF LOS ANGELES (improperly sued as<br>THE COCA-COLA COMPANY |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| FARMERS INSURANCE EXCHANGE | Case No. CV 11-02042-MMC |
|---|---|
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER** |
| vs. |  |
| THE COCA-COLA COMPANY and DOES 1 to 50, inclusive, | Fed.R.Civ.Proc. 41(a) |
| Defendants. |  |

   IT IS HEREBY STIPULATED by and between the parties hereto, by and through their counsel of record herein, that the above-captioned action, which was consolidated with United States District Court, Northern District of California, Case No. CV 11-02323 by Court Order dated June 23, 2011, may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

---

1

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER       Case No. CV 11-02042-MMC

The parties shall bear their own respective attorney fees and costs of suit.

**IT IS SO STIPULATED.**

                                      **ALPER & McCULLOCH**

DATED: August 13, 2012    By:    /s/ **DEAN ALPER**
                                              DEAN ALPER
                                              Attorneys for Plaintiff
                                              FARMERS INSURANCE EXCHANGE

                                      **RIMAC MARTIN, P.C.**

DATED:  August 13, 2012    By:    /s/ **ANNA M. MARTIN**
                                              ANNA M. MARTIN
                                              Attorneys for Defendant
                                              BCI COCA-COLA BOTTLING COMPANY OF
                                              LOS ANGELES (improperly sued herein as THE
                                              COCA-COLA COMPANY)

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

DATED: August__21____, 2012    By: _____
                                                  UNITED STATES DISTRICT COURT JUDGE