1  **ALPER & McCULLOCH**
   DEAN A. ALPER, ESQ. - State Bar No. 117305
2  100 Drakes Landing Road, Suite 160
   Greenbrae, CA 94904-3120
3  Telephone (415) 785-8814
   Facsimile (415) 785-8831
4  daa@alpermcculloch.com

5  Attorney for Plaintiff
   FARMERS INSURANCE EXCHANGE
6
   **RIMAC MARTIN, P.C.**
7  ANNA M. MARTIN - State Bar No. 154279
   JOSEPH F. CHARLES - State Bar No. 228456
8  1051 Divisadero Street
   San Francisco, California 94115
9  Telephone (415) 561-8440
   Facsimile (415) 561-8430
10 amartin@rimacmartin.com

11 Attorneys for Defendants
   BCI COCA-COLA BOTTLING COMPANY
12 OF LOS ANGELES (improperly sued as
   THE COCA-COLA COMPANY
13

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| FARMERS INSURANCE EXCHANGE | Case No. CV 11-02042-MMC |
|---|---|
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER** |
| vs. | |
| THE COCA-COLA COMPANY and DOES 1 to 50, inclusive, | Fed.R.Civ.Proc. 41(a) |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their counsel of record herein, that the above-captioned action, which was consolidated with United States District Court, Northern District of California, Case No. CV 11-02323 by Court Order dated June 23, 2011, may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

1    The parties shall bear their own respective attorney fees and costs of suit.

2    **IT IS SO STIPULATED.**

3

                                            **ALPER & McCULLOCH**
4

5

6    DATED: August 13, 2012         By:    /S/ **DEAN ALPER**
                                            DEAN ALPER
7                                           Attorneys for Plaintiff
                                            FARMERS INSURANCE EXCHANGE
8

9
                                            **RIMAC MARTIN, P.C.**
10

11   DATED:  August 13, 2012        By:    /S/ **ANNA M. MARTIN**
                                            ANNA M. MARTIN
12                                          Attorneys for Defendant
                                            BCI COCA-COLA BOTTLING COMPANY OF
13                                          LOS ANGELES (improperly sued herein as THE
                                            COCA-COLA COMPANY)
14

15
     **PURSUANT TO STIPULATION, IT IS SO ORDERED**:
16

17   DATED: August __21____, 2012   By:    _____
                                            UNITED STATES DISTRICT COURT JUDGE
18

19

20

21

22

23

24

25

26

27

28

                                            2